XPO Logistics Supply Chain, Inc.
4035 Piedmont Parkway
High Point, NC 27265

| Phone Number | 844-976-6947 |
| --- | --- |
| State EIN | 75-07925 |

| Payroll Area | U4 | BW FRST WK S-Sa pd F |
| --- | --- | --- |
| Pay Period | Dec 15, 2019 | Dec 28, 2019 |
| Period No. | 2020/01 | |

| Name | Mr Hector Rivera | Tax Authority | Exempt | Filing Status | Allowances | Addl. Amount |
| --- | --- | --- | --- | --- | --- | --- |
| Personnel No. | 10046421 | FED | | Married | 04 | $0.00 |
| Work Location | USPA-Easton | PA | | Married | 04 | $0.00 |

| Payment Date | Check Number | Net Pay | = | Earnings | + | Retro | - | Taxes | - | Deductions |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Jan 3, 2020 | | 2,598.63 | | 3,626.72 | | 0.00 | | 792.51 | | 235.58 |

| Earnings | Retro Date | Retro Amount | Rate | Hours | Miles | Current Amount | YTD Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 0003 Salary | | | | | | 2,060.23 | 2,060.23 |
| 1004 Holiday Pay | | | 28.6144 | 8.00 | | 228.92 | 228.92 |
| 2002 >50 Additional Straigh | | | 28.6144 | 10.05 | | 287.57 | 287.57 |
| 3027 Misc Bonus | | | | | | 1,050.00 | 1,050.00 |
| **Total Earnings** | | 0.00 | | 18.05 | 0 | 3,626.72 | 3,626.72 |

| Taxes | Authority | Current Amount | YTD Amount |
| --- | --- | --- | --- |
| /401 TX Withholding Tax | FED - Federal | 379.77 | 379.77 |
| /403 TX EE Social Security Tax | FED - Federal | 216.34 | 216.34 |
| /405 TX EE Medicare Tax | FED - Federal | 50.60 | 50.60 |
| /401 TX Withholding Tax | PA - Pennsylvania | 106.88 | 106.88 |
| /420 TX EE Unemployment Tax | PA - Pennsylvania | 2.18 | 2.18 |
| /401 TX Withholding Tax | PBCJ - Muhlenberg Township | 34.81 | 34.81 |
| /484 TX Local Services Tax | PBIO - Palmer Township | 1.93 | 1.93 |
| **Total Employee Tax** | | 792.51 | 792.51 |
| **Federal Taxable Gross Wages** | | 3,489.43 | 3,489.43 |

| EE - Pre-tax | Current Amount | YTD Amount | EE - PostTax | Current Amount | YTD Amount |
| --- | --- | --- | --- | --- | --- |
| 4D0B Dental Pre-tax | 26.50 | 26.50 | 429A 401K XPO Loan 1 | 27.40 | 27.40 |
| 4M0B Medical Pre-tax | 100.00 | 100.00 | 430A 401K XPO Loan 2 | 33.34 | 33.34 |
| 4SDB STD Pre-tax | 15.34 | 15.34 | 4CLA Ch Life After-tax | 2.94 | 2.94 |
| 4V0B Vision Pre-tax | 3.50 | 3.50 | 4FAA Family AD&D | 4.80 | 4.80 |
| | | | 4LTA LTD Buy Up | 8.46 | 8.46 |
| | | | 4SLA Spse Life After-tax | 13.30 | 13.30 |
| **Total Pre-tax Deductions** | 145.34 | 145.34 | **Total Post-tax Deductions** | 90.24 | 90.24 |

| ER Contributions | Current Amount | YTD Amount | Imputed Income | Current Amount | YTD Amount |
| --- | --- | --- | --- | --- | --- |
| | | | 4GTI Group Life Imputed Income | 8.05 | 8.05 |
| **Total ER Contributions** | | | **Total Imputed Income** | 8.05 | 8.05 |

| Time Off Balances | | | | |
| --- | --- | --- | --- | --- |
| Type | | Hours | Type | Hours |
| PTO Bal - Curr Year | | 29.63 | | |

| Check/Direct Deposit Information | | | |
| --- | --- | --- | --- |
| Payment Method | Bank Name | Account # | Amount |
| Payroll ACH (PPD) | FULTON BANK, NA | XXXXX71570 | 2,598.63 |



940010000001A    5456638

| XPO Logistics Supply Chain, Inc. | | | Phone Number | 844-976-6947 | | Payroll Area | U4 | BW FRST WK S-Sa pd F |
|---|---|---|---|---|---|---|---|---|
| 4035 Piedmont Parkway | | | State EIN | 75-07925 | | Pay Period | Dec 15, 2019 | Dec 28, 2019 |
| High Point, NC 27265 | | | | | | Period No. | 2020/01 | |
| Name | Mr Hector Rivera | | Tax Authority | | Exemptions | Additional Amount | | Filing Status |
| Personnel No. | 10046421 | | FED | | 04 | $0.00 | | Married |
| Work Location | USPA-Easton | | PA | | 04 | $0.00 | | Married |

### Driver Details

| Trip Date | Trip Number | Earning | Origin | Destination | Miles | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/28/2019 | | 3027 | | | 0 | 0.00 | 0.0000 | 1,050.00 |
| Totals | | | | | 0 | 0.00 | | 1,050.00 |

940010000002E    5456639

| XPO Logistics Supply Chain, Inc.<br>4035 Piedmont Parkway<br>High Point, NC 27265 | Phone Number 844-976-6947<br>State EIN 75-07925 | | Payroll Area U4 BW FRST WK S-Sa pd F<br>Pay Period Dec 29, 2019 Jan 11, 2020<br>Period No. 2020/02 | |
|---|---|---|---|---|
| **Name** Mr Hector Rivera | **Tax Authority** | **Exempt** | **Filing Status** | **Allowances** | **Addl. Amount** |
| **Personnel No.** 10046421 | FED | | Married | 04 | $0.00 |
| **Work Location** USPA-Easton | PA | | Married | 04 | $0.00 |

| Payment Date<br>Jan 17, 2020 | Check Number | Net Pay<br>2,044.16 | = | Earnings<br>2,764.12 | + | Retro<br>0.00 | - | Taxes<br>484.38 | - | Deductions<br>235.58 |
|---|---|---|---|---|---|---|---|---|---|---|

| Earnings | Retro Date | Retro Amount | Rate | Hours | Miles | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|
| 0003 Salary | | | | | | 2,060.23 | 4,120.46 |
| 1004 Holiday Pay | | | 28.6144 | 8.00 | | 228.92 | 457.84 |
| 2002 >50 Additional Straigh | | | 28.6144 | 15.90 | | 454.97 | 742.54 |
| 3027 Misc Bonus | | | | | | 20.00 | 1,070.00 |
| **Total Earnings** | | 0.00 | | 23.90 | 0 | 2,764.12 | 6,390.84 |

| Taxes | Authority | Current Amount | YTD Amount |
|---|---|---|---|
| /401 TX Withholding Tax | FED - Federal | 173.26 | 553.03 |
| /403 TX EE Social Security Tax | FED - Federal | 162.87 | 379.21 |
| /405 TX EE Medicare Tax | FED - Federal | 38.09 | 88.69 |
| /401 TX Withholding Tax | PA - Pennsylvania | 80.39 | 187.27 |
| /420 TX EE Unemployment Tax | PA - Pennsylvania | 1.65 | 3.83 |
| /401 TX Withholding Tax | PBCJ - Muhlenberg Township | 26.19 | 61.00 |
| /484 TX Local Services Tax | PBIO - Palmer Township | 1.93 | 3.86 |
| **Total Employee Tax** | | 484.38 | 1,276.89 |
| **Federal Taxable Gross Wages** | | 2,626.83 | 6,116.26 |

| EE Pre-tax | Current Amount | YTD Amount | EE Post-tax | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| 4D0B Dental Pre-tax | 26.50 | 53.00 | 429A 401K XPO Loan 1 | 27.40 | 54.80 |
| 4M0B Medical Pre-tax | 100.00 | 200.00 | 430A 401K XPO Loan 2 | 33.34 | 66.68 |
| 4SDB STD Pre-tax | 15.34 | 30.68 | 4CLA Ch Life After-tax | 2.94 | 5.88 |
| 4V0B Vision Pre-tax | 3.50 | 7.00 | 4FAA Family AD&D | 4.80 | 9.60 |
| | | | 4LTA LTD Buy Up | 8.46 | 16.92 |
| | | | 4SLA Spse Life After-tax | 13.30 | 26.60 |
| **Total Pre-tax Deductions** | 145.34 | 290.68 | **Total Post-tax Deductions** | 90.24 | 180.48 |

| ER Contributions | Current Amount | YTD Amount | Imputed Income | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| | | | 4GTI Group Life Imputed Income | 8.05 | 16.10 |
| **Total ER Contributions** | | | **Total Imputed Income** | 8.05 | 16.10 |

| Time Off Balances | | | | |
|---|---|---|---|---|
| Type | | Hours | Type | Hours |
| Floating Bal - Curr Per | | 16.00 | Carry Over Bal-Prior Year | 29.63 |
| PTO Bal - Curr Year | | 4.63 | | |

| Check/Direct Deposit Information | | | |
|---|---|---|---|
| Payment Method | Bank Name | Account # | Amount |
| Payroll ACH (PPD) | FULTON BANK, NA | XXXXX71570 | 2,044.16 |



950010000001A    5456647

| XPO Logistics Supply Chain, Inc. | Phone Number | 844-976-6947 | Payroll Area | U4 | BW FRST WK S-Sa pd F |
| 4035 Piedmont Parkway | State EIN | 75-07925 | Pay Period | Dec 29, 2019  Jan 11, 2020 | |
| High Point, NC 27265 | | | Period No. | 2020/02 | |

| Name | Mr Hector Rivera | Tax Authority | Exemptions | Additional Amount | Filing Status |
|---|---|---|---|---|---|
| Personnel No. | 10046421 | FED | 04 | $0.00 | Married |
| Work Location | USPA-Easton | PA | 04 | $0.00 | Married |

**Driver Details**

| Trip Date | Trip Number | Earning | Origin | Destination | Miles | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 1/9/2020 | 3027 | | | | 0 | 0.00 | 0.0000 | 20.00 |
| Totals | | | | | 0 | 0.00 | | 20.00 |

950010000002E    5456648

XPO Logistics Supply Chain, Inc.
4035 Piedmont Parkway
High Point, NC 27265

Phone Number 844-976-6947
State EIN 75-07925

Payroll Area U4 BW FRST WK S-Sa pd F
Pay Period Jan 12, 2020  Jan 25, 2020
Period No. 2020/03

| Name | Mr Hector Rivera | Tax Authority | Exempt | Filing Status | Allowances | Addl. Amount |
|---|---|---|---|---|---|---|
| Personnel No. | 10046421 | FED | | Married | 04 | $0.00 |
| Work Location | USPA-Easton | PA | | Married | 04 | $0.00 |

| Payment Date | Check Number | Net Pay | = | Earnings | + | Retro | - | Taxes | - | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|
| Jan 31, 2020 | | 2,505.47 | | 3,180.49 | | 0.00 | | 614.28 | | 60.74 |

| Earnings | Retro Date | Retro Amount | Rate | Hours | Miles | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|
| 0003 Salary | | | | | | 2,289.15 | 6,409.61 |
| 1004 Holiday Pay | | | | | | | 457.84 |
| 2002 >50 Additional Straigh | | | 28.6144 | 31.15 | | 891.34 | 1,633.88 |
| 3027 Misc Bonus | | | | | | | 1,070.00 |
| Total Earnings | | 0.00 | | 31.15 | 0 | 3,180.49 | 9,571.33 |

| Taxes | Authority | Current Amount | YTD Amount |
|---|---|---|---|
| /401 TX Withholding Tax | FED - Federal | 237.70 | 790.73 |
| /403 TX EE Social Security Tax | FED - Federal | 197.19 | 576.40 |
| /405 TX EE Medicare Tax | FED - Federal | 46.11 | 134.80 |
| /401 TX Withholding Tax | PA - Pennsylvania | 97.64 | 284.91 |
| /420 TX EE Unemployment Tax | PA - Pennsylvania | 1.91 | 5.74 |
| /401 TX Withholding Tax | PBCJ - Muhlenberg Township | 31.80 | 92.80 |
| /484 TX Local Services Tax | PBIO - Palmer Township | 1.93 | 5.79 |
| Total Employee Tax | | 614.28 | 1,891.17 |

| Federal Taxable Gross Wages | | 3,180.49 | 9,296.75 |
|---|---|---|---|

| EE - Pre-tax | Current Amount | YTD Amount | EE - Post-tax | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| 4D0B Dental Pre-tax | | 53.00 | 429A 401K XPO Loan 1 | 27.40 | 82.20 |
| 4M0B Medical Pre-tax | | 200.00 | 430A 401K XPO Loan 2 | 33.34 | 100.02 |
| 4SDB STD Pre-tax | | 30.68 | 4CLA Ch Life After-tax | | 5.88 |
| 4V0B Vision Pre-tax | | 7.00 | 4FAA Family AD&D | | 9.60 |
| | | | 4LTA LTD Buy Up | | 16.92 |
| | | | 4SLA Spse Life After-tax | | 26.60 |
| Total Pre-tax Deductions | 0.00 | 290.68 | Total Post-tax Deductions | 60.74 | 241.22 |

| ER Contributions | Current Amount | YTD Amount | Imputed Income | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| | | | 4GTI Group Life Imputed Income | 0.00 | 16.10 |
| Total ER Contributions | | | Total Imputed Income | 0.00 | 16.10 |

| Time Off Balances | | | |
|---|---|---|---|
| Type | Hours | Type | Hours |
| Floating Bal - Curr Per | 16.00 | Carry Over Bal-Prior Year | 29.63 |
| PTO Bal - Curr Year | 9.27 | | |

| Check/Direct Deposit Information | | | |
|---|---|---|---|
| Payment Method | Bank Name | Account # | Amount |
| Payroll ACH (PPD) | FULTON BANK, NA | XXXXX71570 | 2,505.47 |



960010000001E    5456652

XPO Logistics Supply Chain, Inc.
4035 Piedmont Parkway
High Point, NC 27265

| Phone Number | 844-976-6947 | | Payroll Area | U4 | BW FRST WK S-Sa pd F |
|---|---|---|---|---|---|
| State EIN | 75-07925 | | Pay Period | Jan 26, 2020 | Feb 8, 2020 |
| | | | Period No. | 2020/04 | |

| Name | Mr Hector Rivera | Tax Authority | Exempt | Filing Status | Allowances | Addl. Amount |
|---|---|---|---|---|---|---|
| Personnel No. | 10046421 | FED | | Married | 04 | $0.00 |
| Work Location | USPA-Easton | PA | | Married | 04 | $0.00 |

| Payment Date | Check Number | Net Pay | = | Earnings | + | Retro | - | Taxes | - | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|
| Feb 14, 2020 | | 2,069.08 | | 2,830.26 | | 0.00 | | 525.60 | | 235.58 |

| Earnings | | Retro Date | Retro Amount | Rate | Hours | Miles | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| 0003 | Salary | | | | | | 2,289.15 | 8,698.76 |
| 1004 | Holiday Pay | | | | | | | 457.84 |
| 2002 | >50 Additional Straigh | | | 28.6144 | 9.30 | | 266.11 | 1,899.99 |
| 3027 | Misc Bonus | | | | | | 275.00 | 1,345.00 |
| **Total Earnings** | | | 0.00 | | 9.30 | 0 | 2,830.26 | 12,401.59 |

| Taxes | | Authority | Current Amount | YTD Amount |
|---|---|---|---|---|
| /401 | TX Withholding Tax | FED - Federal | 206.69 | 997.42 |
| /403 | TX EE Social Security Tax | FED - Federal | 166.96 | 743.36 |
| /405 | TX EE Medicare Tax | FED - Federal | 39.05 | 173.85 |
| /401 | TX Withholding Tax | PA - Pennsylvania | 82.42 | 367.33 |
| /420 | TX EE Unemployment Tax | PA - Pennsylvania | 1.70 | 7.44 |
| /401 | TX Withholding Tax | PBCJ - Muhlenberg Township | 26.85 | 119.65 |
| /484 | TX Local Services Tax | PBIO - Palmer Township | 1.93 | 7.72 |
| **Total Employee Tax** | | | 525.60 | 2,416.77 |
| **Federal Taxable Gross Wages** | | | 2,692.97 | 11,989.72 |

| EE - Pre-tax | | Current Amount | YTD Amount | EE - Post-tax | | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|
| 4D0B | Dental Pre-tax | 26.50 | 79.50 | 429A | 401K XPO Loan 1 | 27.40 | 109.60 |
| 4M0B | Medical Pre-tax | 100.00 | 300.00 | 430A | 401K XPO Loan 2 | 33.34 | 133.36 |
| 4SDB | STD Pre-tax | 15.34 | 46.02 | 4CLA | Ch Life After-tax | 2.94 | 8.82 |
| 4V0B | Vision Pre-tax | 3.50 | 10.50 | 4FAA | Family AD&D | 4.80 | 14.40 |
| | | | | 4LTA | LTD Buy Up | 8.46 | 25.38 |
| | | | | 4SLA | Spse Life After-tax | 13.30 | 39.90 |
| **Total Pre-tax Deductions** | | 145.34 | 436.02 | **Total Post-tax Deductions** | | 90.24 | 331.46 |

| ER Contributions | Current Amount | YTD Amount | Imputed Income | | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|
| | | | 4GTI | Group Life Imputed Income | 8.05 | 24.15 |
| **Total ER Contributions** | | | **Total Imputed Income** | | 8.05 | 24.15 |

| Time Off Balances | | | | |
|---|---|---|---|---|
| Type | | Hours | Type | Hours |
| Floating Bal - Curr Per | | 16.00 | Carry Over Bal-Prior Year | 29.63 |
| PTO Bal - Curr Year | | 13.90 | | |

| Check/Direct Deposit Information | | | |
|---|---|---|---|
| Payment Method | Bank Name | Account # | Amount |
| Payroll ACH (PPD) | FULTON BANK, NA | XXXXX71570 | 2,069.08 |



970010000001A    5473601

| XPO Logistics Supply Chain, Inc.<br>4035 Piedmont Parkway<br>High Point, NC 27265 | Phone Number 844-976-6947<br>State EIN  75-07925 | | | Payroll Area  U4   BW FRST WK S-Sa pd F<br>Pay Period  Jan 26, 2020  Feb 8, 2020<br>Period No.  2020/04 | |
|---|---|---|---|---|---|
| Name  Mr Hector Rivera<br>Personnel No.  10046421<br>Work Location  USPA-Easton | **Tax Authority** | **Exemptions** | | **Additional Amount** | **Filing Status** |
| | FED | 04 | | $0.00 | Married |
| | PA | 04 | | $0.00 | Married |

| | | | | Driver Details | | | | |
|---|---|---|---|---|---|---|---|---|
| Trip Date | Trip Number | Earning | Origin | Destination | Miles | Hours | Rate | Amount |
| 2/6/2020 | 3027 | | | | 0 | 0.00 | 0.0000 | 275.00 |
| Totals | | | | | 0 | 0.00 | | 275.00 |

970010000002E    5473602

**XPO Logistics Supply Chain, Inc.**
4035 Piedmont Parkway
High Point, NC 27265

| Phone Number | 844-976-6947 | | Payroll Area | U4 | BW FRST WK S-Sa pd F |
|---|---|---|---|---|---|
| State EIN | 75-07925 | | Pay Period | Feb 9, 2020 | Feb 22, 2020 |
| | | | Period No. | 2020/05 | |

| Name | Mr Hector Rivera | | | | | |
|---|---|---|---|---|---|---|
| Personnel No. | 10046421 | FED | | Married | 04 | $0.00 |
| Work Location | USPA-Easton | PA | | Married | 04 | $0.00 |

| Payment Date | Check Number | Net Pay | = | Earnings | + | Retro | - | Taxes | - | Deductions |
|---|---|---|---|---|---|---|---|---|---|---|
| Feb 28, 2020 | | 1,684.14 | | 2,289.15 | | 0.00 | | 369.43 | | 235.58 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0003 Salary | | | | | 2,060.23 | 10,758.99 |
| 1004 Holiday Pay | | | | | | 457.84 |
| 1084 Floating Holiday | | 28.6144 | 8.00 | | 228.92 | 228.92 |
| 2002 >50 Additional Straigh | | | | | | 1,899.99 |
| 3027 Misc Bonus | | | | | | 1,345.00 |
| **Total Earnings** | | 0.00 | 8.00 | 0 | 2,289.15 | 14,690.74 |

| | | | | | |
|---|---|---|---|---|---|
| /401 TX Withholding Tax | FED - Federal | | | 114.26 | 1,111.68 |
| /403 TX EE Social Security Tax | FED - Federal | | | 133.42 | 876.78 |
| /405 TX EE Medicare Tax | FED - Federal | | | 31.20 | 205.05 |
| /401 TX Withholding Tax | PA - Pennsylvania | | | 65.81 | 433.14 |
| /420 TX EE Unemployment Tax | PA - Pennsylvania | | | 1.37 | 8.81 |
| /401 TX Withholding Tax | PBCJ - Muhlenberg Township | | | 21.44 | 141.09 |
| /484 TX Local Services Tax | PBIO - Palmer Township | | | 1.93 | 9.65 |
| **Total Employee Tax** | | | | 369.43 | 2,786.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4DOB Dental Pre-tax | 26.50 | 106.00 | 429A 401K XPO Loan 1 | | 27.40 | 137.00 |
| 4MOB Medical Pre-tax | 100.00 | 400.00 | 430A 401K XPO Loan 2 | | 33.34 | 166.70 |
| 4SDB STD Pre-tax | 15.34 | 61.36 | 4CLA Ch Life After-tax | | 2.94 | 11.76 |
| 4VOB Vision Pre-tax | 3.50 | 14.00 | 4FAA Family AD&D | | 4.80 | 19.20 |
| | | | 4LTA LTD Buy Up | | 8.46 | 33.84 |
| | | | 4SLA Spse Life After-tax | | 13.30 | 53.20 |
| **Total Pre-tax Deductions** | 145.34 | 581.36 | **Total Post-tax Deductions** | | 90.24 | 421.70 |

| | | | | |
|---|---|---|---|---|
| | | 4GTI Group Life Imputed Income | 8.05 | 32.20 |
| **Total ER Contributions** | | **Total Imputed Income** | 8.05 | 32.20 |

| | | | |
|---|---|---|---|
| Floating Bal - Curr Per | 8.00 | Carry Over Bal-Prior Year | 29.63 |
| PTO Bal - Curr Year | 18.53 | | |

| | | | | |
|---|---|---|---|---|
| Payroll ACH (PPD) | FULTON BANK, NA | | XXXXX71570 | 1,684.14 |



980010000001E   5763117