Certificate Number: 05781-PAE-DE-034290855

Bankruptcy Case Number: 20-11184



05781-PAE-DE-034290855

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 30, 2020, at 9:49 o'clock AM PDT, Hector Rivera completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 30, 2020            By:    /s/Allison M Geving

                                 Name:  Allison M Geving

                                 Title: President