UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Hector Ramon Rivera, Jr.<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.20-11184-PMM |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 24th day of June, 2020, by first class mail upon those

listed below:

Hector Ramon Rivera, Jr.
218 Reichart Avenue
Reading, PA  19605

**Electronically via CM/ECF System Only:**

JOSEPH L QUINN ESQ
ROSS QUINN & PLOPPERT PC
192 S HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464

                                              */s/ Deborah A. Earnshaw*
                                              Deborah A. Earnshaw
                                              for
                                              Scott F. Waterman, Esquire
                                              Standing Chapter 13 Trustee