**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Hector Ramon Rivera, Jr., | : | Chapter 13 |
| Debtor | : | Case No.: 20-11184-pmm |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed August 5, 2020 was forwarded to the following parties, as follows:

*Via First Class USPS Mail on August 5, 2020:*

Lynn S Unger, Bankr. Spec.
Members 1st Credit Union
5000 Louise Drive
Mechanicsburg, PA 17055

Tom Nelson, CEO
Holiday Inn ClubVacations, Inc.
9271 South John Young Parkway
Orlando, FL 32819

Michael Cole, CEO
Kia Motors America, Inc.
111 Peters Canyon Road
Irvine, CA 92606 United States

Michael Cole, CEO
Kia Motors Finance
PO Box 20825
Fountain Valley, CA 92728

*Via Electronic Filing (ECF) on August 5, 2020:*

Rebecca Ann Solarz, Esquire on behalf of Village Capital & Investment, LLC
bkgroup@kmllawgroup.com

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
jquinn@rqplaw.com

Date: August 5, 2020    Counsel for Debtor