IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: HECTOR RAMON RIVERA, JR. ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| HYUNDAI LEASE TITLING TRUST ) | |
| **Moving Party** ) | Case No.: 20-11184 (PMM) |
| ) | |
| v. ) | |
| ) | **Hearing Date: 12-22-20 at 10:00 AM** |
| HECTOR RAMON RIVERA, JR. ) | |
| BEVERLY RIVERA ) | |
| **Respondent(s)** ) | 11 U.S.C. 362 |
| ) | |
| SCOTT F. WATERMAN ) | 11 U.S.C. 1301 |
| **Trustee** ) | |

## ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the Motion of Hyundai Lease Titling Trust, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2017 Kia Sportage** bearing vehicle identification number KNDPMCACXH7043115 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: **December 22, 2020**

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE