| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-11184-PMM

Hector Ramon Rivera, Jr.
218 Reichart Avenue
Reading  PA   19605

Petition Filed Date: 02/27/2020
341 Hearing Date: 03/31/2020
Confirmation Date: 10/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/02/2020 | $261.00 | | 05/04/2020 | $261.00 | | 06/02/2020 | $261.00 | |
| 07/06/2020 | $261.00 | | 08/03/2020 | $261.00 | | 09/02/2020 | $261.00 | |
| 10/05/2020 | $261.00 | | 11/02/2020 | $261.00 | | 12/04/2020 | $261.00 | |
| 01/05/2021 | $261.00 | | 02/02/2021 | $261.00 | | 03/05/2021 | $261.00 | |
| 04/05/2021 | $261.00 | | 05/03/2021 | $261.00 | | 06/03/2021 | $261.00 | |

**Total Receipts for the Period: $3,915.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,915.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,275.00 | $3,275.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL<br>»» 001 | Unsecured Creditors | $11,989.85 | $0.00 | $11,989.85 |
| 2 | FIRST NATIONAL BANK OMAHA<br>»» 002 | Unsecured Creditors | $2,808.52 | $0.00 | $2,808.52 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $10,887.97 | $0.00 | $10,887.97 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $4,925.61 | $0.00 | $4,925.61 |
| 5 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $3,050.79 | $0.00 | $3,050.79 |
| 6 | VILLAGE CAPITAL & INVESTMENT<br>»» 006 | Mortgage Arrears | $1,632.91 | $56.06 | $1,576.85 |
| 7 | AMERICAN INFOSOURCE LP<br>»» 007 | Unsecured Creditors | $525.71 | $0.00 | $525.71 |
| 8 | MEMBERS 1ST FCU<br>»» 008 | Secured Creditors | $359.88 | $0.00 | $359.88 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $2,099.24 | $0.00 | $2,099.24 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $630.81 | $0.00 | $630.81 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $755.98 | $0.00 | $755.98 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $532.97 | $0.00 | $532.97 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $1,687.00 | $0.00 | $1,687.00 |
| 14 | PINNACLE CREDIT SERVICES LLC<br>»» 014 | Unsecured Creditors | $819.39 | $0.00 | $819.39 |

**Chapter 13 Case No. 20-11184-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,915.00 | Current Monthly Payment: | $261.00 |
| Paid to Claims: | $3,331.06 | Arrearages: | $0.00 |
| Paid to Trustee: | $336.69 | Total Plan Base: | $9,900.00 |
| Funds on Hand: | $247.25 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.