Janet M. Spears
jspears@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Agents for MIDFIRST BANK

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA (READING)

| In re | Case No. 20-11184-pmm |
|---|---|
| HECTOR RAMON RIVERA, JR., | Chapter 13 |
| Debtor(s). | **NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM 6, DOCKET 44** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S) CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Transfer of Claim on Claim number 6 filed by MIDFIRST BANK on September 21, 2021 and assigned Docket 44, is hereby withdrawn as it was filed in error.

Dated:  12/21/21                ALDRIDGE PITE, LLP

 /s/ Janet M. Spears
JANET M. SPEARS
Agents for MIDFIRST BANK

- 1 -    CASE NO. 20-11184-PMM
**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**

Janet M. Spears
jspears@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Agent for    MIDFIRST BANK

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA (READING)

| In re | Case No. 20-11184-pmm |
|---|---|
| HECTOR RAMON RIVERA, JR., | Chapter 13 |
| Debtor(s). | **PROOF OF SERVICE** |

I, Thanh T. Ha, declare that:

I am employed by Aldridge Pite, LLP. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this case.

On December 28, 2021, I caused a copy of the NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM 6, DOCKT 44 to be served by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Thanh T. Ha
THANH T. HA

**SERVICE LIST**

**DEBTOR(S)**

Hector Ramon Rivera, Jr.
218 Reichart Avenue
Reading, PA 19605

**DEBTOR(S) ATTORNEY
(Via Electronic Notice)**

JOSEPH L QUINN

**CHAPTER 13 TRUSTEE
(Via Electronic Notice)**

SCOTT F. WATERMAN

**U.S. TRUSTEE
(Via Electronic Notice)**

United States Trustee