Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 20-11184-PMM**

Hector Ramon Rivera, Jr.  
218 Reichart Avenue  
Reading  PA   19605

Petition Filed Date: 02/27/2020  
341 Hearing Date: 03/31/2020  
Confirmation Date: 10/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $261.00 | | 05/03/2021 | $261.00 | | 06/03/2021 | $261.00 | |
| 07/06/2021 | $261.00 | | 08/02/2021 | $261.00 | 8/2/2021 | 09/02/2021 | $261.00 | |
| 10/04/2021 | $261.00 | | 11/02/2021 | $261.00 | | 12/06/2021 | $261.00 | |
| 01/03/2022 | $261.00 | | 02/02/2022 | $261.00 | | 03/07/2022 | $261.00 | |
| 04/04/2022 | $261.00 | | 05/04/2022 | $261.00 | | 06/03/2022 | $261.00 | |
| 07/05/2022 | $261.00 | | 08/03/2022 | $261.00 | | | | |

**Total Receipts for the Period:  $4,437.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,569.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,275.00 | $3,275.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL »» 001 | Unsecured Creditors | $11,989.85 | $711.46 | $11,278.39 |
| 2 | FIRST NATIONAL BANK OMAHA »» 002 | Unsecured Creditors | $2,808.52 | $166.64 | $2,641.88 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $10,887.97 | $646.08 | $10,241.89 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $4,925.61 | $292.27 | $4,633.34 |
| 5 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $3,050.79 | $181.01 | $2,869.78 |
| 6 | MIDFIRST BANK »» 006 | Mortgage Arrears | $633.50 | $633.50 | $0.00 |
| 7 | AMERICAN INFOSOURCE LP »» 007 | Unsecured Creditors | $525.71 | $31.19 | $494.52 |
| 8 | MEMBERS 1ST FCU »» 008 | Secured Creditors | $359.88 | $359.88 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $2,099.24 | $112.18 | $1,987.06 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $630.81 | $37.43 | $593.38 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $755.98 | $40.40 | $715.58 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $532.97 | $31.61 | $501.36 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $1,687.00 | $90.15 | $1,596.85 |

| 14 | PINNACLE CREDIT SERVICES LLC<br>»» 014 | Unsecured Creditors | $819.39 | $43.78 | $775.61 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,569.00 | Current Monthly Payment: | $333.00 |
| Paid to Claims: | $6,652.58 | Arrearages: | $0.00 |
| Paid to Trustee: | $644.67 | Total Plan Base: | $9,900.00 |
| Funds on Hand: | $271.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.