**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Hector Ramon Rivera, Jr., | : | Chapter 13 |
| Debtor | : | Case No.: 20-11184-pmm |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

TO THE CLERK:

Kindly update the Court's records to reflect a new address for debtor, Hector Ramon Rivera, Jr., effective immediately, to:

> 1005 Heath Avenue
> Reading, PA 19605

By:  */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
ROSS, QUINN & PLOPPERT, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph; (610) 323-5300
jquinn@rqplaw.com

Date: March 27, 2023