United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 20-11184-pmm

Hector Ramon Rivera, Jr.                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                     User: admin                                                   Page 1 of 3

Date Rcvd: Mar 28, 2023                             Form ID: 138OBJ                                  Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hector Ramon Rivera, Jr., 1005 Heath Avenue, Reading, PA 19605-3319 |
| 14473590 | | Advanced Orthopedics of Reading, LLC, ATTN # 21451C, PO Box 14000, Belfast, ME 04915-4033 |
| 14473592 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14473594 | | Berks Community Health Center, 838 Penn Street, Reading, PA 19602-1108 |
| 14473603 | + | Holiday Inn Club Vacation, 8505 W Irlo Bronson Memo, Kissimmee, FL 34747-8217 |
| 14565125 | + | Hyundai Lease Titling Trust, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14473605 | + | Kay Pool & Spa Service - Reading, PO Box 6923, Reading, PA 19610-0923 |
| 14514811 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14480493 | + | Village Capital & Investment,LLC, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 28 2023 23:51:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 28 2023 23:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14473591 | ^ | MEBN | Mar 28 2023 23:46:38 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 14473593 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 28 2023 23:52:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14473596 | + | Email/Text: cms-bk@cms-collect.com | Mar 28 2023 23:52:00 | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14481521 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 29 2023 00:03:28 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14473597 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 00:03:42 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14473598 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 00:03:28 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14473599 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 00:03:43 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14473600 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 29 2023 00:03:28 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14480583 | | Email/Text: mrdiscen@discover.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2023 | Form ID: 138OBJ | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14473601 | + | Email/Text: mrdiscen@discover.com | Mar 28 2023 23:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14480565 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 28 2023 23:51:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14473602 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 28 2023 23:51:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 14564397 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 28 2023 23:51:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 14473604 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2023 23:52:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14485985 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 29 2023 00:03:42 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14473606 | ^ | MEBN | Mar 28 2023 23:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14498598 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 23:46:44 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 14473607 | + | Email/Text: unger@members1st.org | Mar 29 2023 00:03:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14637736 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 28 2023 23:52:00 | Members 1st Federal Credit Union, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 14479311 | + | Email/PDF: cbp@onemainfinancial.com | Mar 29 2023 00:03:28 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14473608 | + | Email/PDF: cbp@onemainfinancial.com | Mar 29 2023 00:03:36 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 14498418 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2023 00:03:36 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14498230 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2023 00:03:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14498599 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 00:03:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14479927 | ^ | MEBN | Mar 29 2023 00:03:28 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| | | | Mar 28 2023 23:46:51 | Village Capital & Investment, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14499131 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14489629 | *+ | Village Capital & Investment, 2863 St. Rose Parkway, Henderson, NV 89052-4806 |
| 14473595 | ##+ | Beverly Rivera, 218 Reichart Avenue, Reading, PA 19605-2950 |
| 14473609 | ##+ | Village Capital & Investment LLC, 2863 St. Rose Parkway, Henderson, NV 89052-4806 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 20-11184-pmm  Doc 57  Filed 03/30/23  Entered 03/31/23 00:32:02  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2023 | Form ID: 138OBJ | Total Noticed: 36 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:

**Name**  **Email Address**

BRIAN CRAIG NICHOLAS
   on behalf of Creditor Village Capital & Investment  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JOSEPH L QUINN
   on behalf of Debtor Hector Ramon Rivera  Jr. CourtNotices@rqplaw.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
   on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Hector Ramon Rivera, Jr.
    Debtor(s)

Case No: 20−11184−pmm
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/28/23

56 − 49
Form 138OBJ