United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 20-11184-pmm

Hector Ramon Rivera, Jr.                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 23, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

**Recip ID**      **Recipient Name and Address**
db      + Hector Ramon Rivera, Jr., 1005 Heath Avenue, Reading, PA 19605-3319

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:**

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS
     on behalf of Creditor Village Capital & Investment  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JOSEPH L QUINN
     on behalf of Debtor Hector Ramon Rivera  Jr. CourtNotices@rqplaw.com

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor Village Capital & Investment  LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
     on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

District/off: 0313-4                          User: admin                                  Page 2 of 2
Date Rcvd: May 23, 2023                       Form ID: 195                            Total Noticed: 1
TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                    : Chapter 13


Hector Ramon Rivera, Jr.                                  : Case No. 20−11184−pmm
                   Debtor(s)


### *ORDER*
_____


    AND NOW, this day , May 23, 2023 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


               By The Court

               Patricia M. Mayer
               Judge , United States Bankruptcy Court

Form 195